Michael M. Maddigan (SBN 163450)
Jordan D. Teti (SBN 284714)
HOGAN LOVELLS US LLP
1999 Avenue of the Stars, Suite 1400
Los Angeles, California 90067
Tel: (310) 785-4600
Fax: (310) 785-4601
michael.maddigan@hoganlovells.com
jordan.teti@hoganlovells.com

Justin W. Bernick (*pro hac vice* application forthcoming)
HOGAN LOVELLS US LLP
Columbia Square
555 13th Street, N.W.
Washington, DC 20004
Tel: (202) 637-5600
Fax: (202) 637-5910
justin.bernick@hoganlovells.com

*Attorneys for Defendants*
Optum Health, Optum Health Plan of
California, Optumcare Holdings, LLC,
Optumcare Management, LLC, and Healthcare
Partners Affiliates Medical Group.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EMANATE HEALTH, a California non-profit public benefit corporation, et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>OPTUM HEALTH, a California corporation, et al.,<br><br>    Defendants. | Case No. 2:23-cv-09872<br><br>**DEFENDANTS' NOTICE OF INTERESTED PARTIES & CORPORATE DISCLOSURE STATEMENT**<br>**(L.R. 7-1.1; Fed. R. Civ. P. 7.1)**<br><br>Honorable Mark Scarsi |

HOGAN LOVELLS US LLP
ATTORNEYS AT LAW
LOS ANGELES

DEFENDANTS' NOTICE OF INTERESTED PARTIES

## NOTICE OF INTERESTED PARTIES (L.R. 7.1-1)

The undersigned, counsel of record for Defendants Optum Health, Optum Health Plan of California, OptumCare Holdings, LLC, OptumCare Management, LLC, and Healthcare Partners Affiliates Medical Group, certifies that the following listed parties may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

1. Defendant Optum Health Plan of California
2. Defendant OptumCare Holdings, LLC
3. Defendant OptumCare Management, LLC
4. Defendant Healthcare Partners Affiliates Medical Group
5. Optum, Inc., which is the parent company of Defendants Optum Health Plan of California, OptumCare Holdings, LLC, and OptumCare Management, LLC. Optum, Inc. is a wholly-owned subsidiary of UnitedHealth Group, Inc., which is a publicly held corporation.
6. UnitedHealth Group, Inc., which is a publicly held corporation and the parent company of Defendant Healthcare Partners Affiliates Medical Group and Optum, Inc.

## DISCLOSURE STATEMENT (Fed. R. Civ. P. 7.1)

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant states that there is no such corporation except as disclosed above.

Dated: February 26, 2024          HOGAN LOVELLS US LLP

By: */s/ Jordan D. Teti*
Michael M. Maddigan
Jordan D. Teti
*Attorneys for Defendants*