GLENN SOLOMON (SBN 155674)
gsolomon@kslaw.com
ARWEN R. JOHNSON (SBN 247583)
arwen.johnson@kslaw.com
RAMON A. MIYAR (SBN 284990)
rmiyar@kslaw.com
JASON DON A. DE JESUS (SBN 311684)
jdejesus@kslaw.com
**KING & SPALDING LLP**
633 West Fifth Street, Suite 1600
Los Angeles, CA 90071
Telephone:  +1 213 443 4355
Facsimile:  +1 213 443 4310

ROBERT M. COOPER (*pro hac vice*)
rcooper@kslaw.com
**KING & SPALDING LLP**
1700 Pennsylvania Ave. N.W., Suite 900
Washington, D.C. 20006
Telephone:  +1 202 737 0500
Facsimile:  +1 202 626 3737

Attorneys for Plaintiffs EMANATE HEALTH; EMANATE HEALTH IPA; EMANATE HEALTH MEDICAL GROUP; EMANATE HEALTH FOOTHILL PRESBYTERIAN HOSPITAL; EMANATE HEALTH MEDICAL CENTER d/b/a EMANATE HEALTH QUEEN OF THE VALLEY HOSPITAL and d/b/a EMANATE HEALTH INTER-COMMUNITY HOSPITAL

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EMANATE HEALTH, a California non-profit public benefit corporation, et al., <br><br> Plaintiffs, <br><br> v. <br><br> OPTUM HEALTH, a California corporation, et al., <br><br> Defendants. | Case No. 2:23-cv-09872-MCS-SK <br><br> **PLAINTIFFS' RESPONSE TO DEFENDANTS' REQUEST FOR JUDICIAL NOTICE** <br><br> Date:  April 15, 2024 <br> Time:  9:00 a.m. <br> Courtroom:  7C <br> Judge: Mark C. Scarsi |

      Defendants' Request for Judicial Notice asks the Court to take judicial notice of two sets of documents: (1) the HSAs and Physician Services Agreement that contain the arbitration clauses at issue in the motion (ECF No. 30, Maddigan Decl. Exs. A-C), and (2) a pleading filed by Emanate Health in an unrelated state court lawsuit (*id*., Ex. D).

      Plaintiffs do not take issue with Defendants' Request, ***except*** that the versions of the contracts that Defendants attached as Exhibits A-C to the supporting Declaration of Michael D. Maddigan redacted contractual provisions that are directly relevant to the motions pending before the Court, including provisions relevant to the arbitration agreements.

      Plaintiffs therefore attach as Exhibits A-C to the accompanying Declaration of Arwen R. Johnson copies of the contracts that remove the redactions from those provisions.

Dated: March 18, 2024

**KING & SPALDING LLP**

/s/ *Arwen R. Johnson*
    Arwen R. Johnson
    Glenn Solomon
    Ramon A. Miyar

Attorneys for Plaintiffs
EMANATE HEALTH; EMANATE HEALTH IPA; EMANATE HEALTH MEDICAL GROUP; EMANATE HEALTH MEDICAL CENTER d/b/a EMANATE HEALTH QUEEN OF THE VALLEY HOSPITAL and d/b/a EMANATE HEALTH INTER-COMMUNITY HOSPITAL; EMANATE HEALTH FOOTHILL PRESBYTERIAN HOSPITAL