GLENN SOLOMON (SBN 155674)
  gsolomon@kslaw.com
ARWEN R. JOHNSON (SBN 247583)
  arwen.johnson@kslaw.com
RAMON A. MIYAR (SBN 284990)
  rmiyar@kslaw.com
**KING & SPALDING LLP**
633 West Fifth Street, Suite 1600
Los Angeles, CA 90071
Telephone:  +1 213 443 4355
Facsimile:   +1 213 443 4310

ROBERT M. COOPER (*pro hac vice*)
rcooper@kslaw.com
**KING & SPALDING LLP**
1700 Pennsylvania Ave. N.W., Suite 900
Washington, D.C. 20006
Telephone:  +1 202 737 0500
Facsimile:   +1 202 626 3737

Attorneys for Plaintiffs EMANATE HEALTH; EMANATE HEALTH IPA; EMANATE HEALTH MEDICAL GROUP; EMANATE HEALTH FOOTHILL PRESBYTERIAN HOSPITAL; EMANATE HEALTH MEDICAL CENTER d/b/a EMANATE HEALTH QUEEN OF THE VALLEY HOSPITAL and d/b/a EMANATE HEALTH INTER-COMMUNITY HOSPITAL

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EMANATE HEALTH, a California non-profit public benefit corporation, et al., <br><br> Plaintiffs, <br><br> v. <br><br> OPTUM HEALTH, a California corporation, et al., <br><br> Defendants. | Case No. 2:23-cv-09872-MCS-SK <br><br> **JOINT STATUS REPORT REGARDING ARBITRATION** <br><br> Date Next Report is Due:  March 20, 2025 |

Pursuant to this Court's July 23, 2024 Order, Defendants Optum Health; Optum Health Plan of California; OptumCare Holdings, LLC; OptumCare Management, LLC; and Health Care Partners Affiliates Medical Group (collectively, "Defendants"), and Plaintiffs Emanate Health; Emanate Health IPA; Emanate Health Medical Group; Emanate Health Foothill Presbyterian Hospital; and Emanate Health Medical Center (collectively, "Plaintiffs"), hereby jointly submit this status report regarding arbitration proceedings:

Emanate Health Medical Group; Emanate Health Foothill Presbyterian Hospital; and Emanate Health Medical Center d/b/a Emanate Health Queen of the Valley Hospital and d/b/a Emanate Health Inter-Community Hospital (the "Signatory Plaintiffs"), together with Defendants, have submitted the Signatory Plaintiffs' claims to JAMS for further proceedings consistent with the Court's Order. The Signatory Plaintiffs and Defendants are currently in the process of meeting and conferring regarding (1) the arbitrability of claims that were compelled to JAMS for further proceedings, since that issue was delegated to an arbitrator; and (2) how the arbitration will be handled administratively and whether it will be coordinated with another pending arbitration.

The Parties will submit their next joint status report by the March 20, 2025 deadline.

/ / /

/ / /

/ / /

| | |
|---|---|
| Dated: November 20, 2024 | **KING & SPALDING LLP** |
| | */s/ Arwen R. Johnson* |
| | Arwen R. Johnson |
| | Glenn Solomon |
| | Ramon A. Miyar |
| | |
| | Attorneys for Plaintiffs EMANATE HEALTH; EMANATE HEALTH IPA; EMANATE HEALTH MEDICAL GROUP; EMANATE HEALTH MEDICAL CENTER d/b/a EMANATE HEALTH QUEEN OF THE VALLEY HOSPITAL and d/b/a EMANATE HEALTH INTER-COMMUNITY HOSPITAL; EMANATE HEALTH FOOTHILL PRESBYTERIAN HOSPITAL |
| Dated: November 20, 2024 | **HOGAN LOVELLS US LLP** |
| | */s/ Michael M. Maddigan* |
| | Michael M. Maddigan |
| | Justin W. Bernick |
| | Jordan D. Teti |
| | |
| | Attorneys for Defendants OPTUM HEALTH; OPTUM HEALTH PLAN OF CALIFORNIA; OPTUMCARE HOLDINGS, LLC; OPTUMCARE MANAGEMENT, LLC; HEALTH CARE PARTNERS AFFILIATES MEDICAL GROUP |

## **ATTESTATION**

\* Pursuant to Local Rule 5-4.3.4(a)(2), the filer attests that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized this filing.