GLENN SOLOMON (SBN 155674)
  *gsolomon@kslaw.com*
ARWEN R. JOHNSON (SBN 247583)
  *arwen.johnson@kslaw.com*
RAMON A. MIYAR (SBN 284990)
  *rmiyar@kslaw.com*
**KING & SPALDING LLP**
633 West Fifth Street, Suite 1600
Los Angeles, CA 90071
Telephone:  +1 213 443 4355
Facsimile:   +1 213 443 4310

ROBERT M. COOPER (*pro hac vice*)
rcooper@kslaw.com
**KING & SPALDING LLP**
1700 Pennsylvania Ave. N.W., Suite 900
Washington, D.C. 20006
Telephone:  +1 202 737 0500
Facsimile:   +1 202 626 3737

Attorneys for Plaintiffs EMANATE HEALTH;
EMANATE HEALTH IPA; EMANATE HEALTH
MEDICAL GROUP; EMANATE HEALTH FOOTHILL
PRESBYTERIAN HOSPITAL; EMANATE HEALTH
MEDICAL CENTER d/b/a EMANATE HEALTH
QUEEN OF THE VALLEY HOSPITAL and d/b/a
EMANATE HEALTH INTER-COMMUNITY
HOSPITAL

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EMANATE HEALTH, a California non-profit public benefit corporation, et al., <br><br> Plaintiffs, <br><br> v. <br><br> OPTUM HEALTH, a California corporation, et al., <br><br> Defendants. | Case No. 2:23-cv-09872-MCS-SK <br><br> **JULY 18, 2025 JOINT STATUS REPORT REGARDING ARBITRATION** <br><br> Date Next Report is Due: November 14, 2025 |

Pursuant to this Court's July 23, 2024 Order, Defendants Optum Health; Optum Health Plan of California; OptumCare Holdings, LLC; OptumCare Management, LLC; and Health Care Partners Affiliates Medical Group (collectively, "Defendants"), and Plaintiffs Emanate Health; Emanate Health IPA, Emanate Health Medical Group; Emanate Health Foothill Presbyterian Hospital; and Emanate Health Medical Center (collectively, "Plaintiffs"), hereby jointly submit this status report regarding arbitration proceedings:

Emanate Health Medical Group; Emanate Health Foothill Presbyterian Hospital; and Emanate Health Medical Center d/b/a Emanate Health Queen of the Valley Hospital and d/b/a Emanate Health Inter-Community Hospital (the "Signatory Plaintiffs"), together with Defendants, have submitted the Signatory Plaintiffs' claims to JAMS for further proceedings consistent with the Court's Order. The Signatory Plaintiffs and Defendants filed a stipulated proposed Case Management Order ("CMO") with JAMS on March 10, 2025. The Arbitrator entered the joint CMO on April 3, 2025 and the parties have begun written discovery. The arbitration hearing date is set for June 16, 2026.

The parties will submit their next joint status report by the November 14, 2025 deadline.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

1

Dated: July 18, 2025

2

3

4

5

6

7

8

9

10

11

12

13

**KING & SPALDING LLP**

*/s/ Ramon A. Miyar*
Arwen R. Johnson
Glenn Solomon
Robert M. Cooper
Ramon A. Miyar

Attorneys for Plaintiffs
EMANATE HEALTH; EMANATE
HEALTH IPA; EMANATE
HEALTH MEDICAL GROUP;
EMANATE HEALTH MEDICAL
CENTER d/b/a EMANATE
HEALTH QUEEN OF THE
VALLEY HOSPITAL and d/b/a
EMANATE HEALTH INTER-
COMMUNITY HOSPITAL;
EMANATE HEALTH FOOTHILL
PRESBYTERIAN HOSPITAL

14

Dated: July 18, 2025

15

16

17

18

19

20

21

22

**HOGAN LOVELLS US LLP**

*/s/ Michael M. Maddigan*
Michael M. Maddigan
Justin W. Bernick
Jordan D. Teti

Attorneys for Defendants
OPTUM HEALTH; OPTUM
HEALTH PLAN OF CALIFORNIA;
OPTUMCARE HOLDINGS, LLC;
OPTUMCARE MANAGEMENT,
LLC; HEALTH CARE PARTNERS
AFFILIATES MEDICAL GROUP

23

24

25

26

27

28

## **ATTESTATION**

\* Pursuant to Local Rule 5-4.3.4(a)(2), the filer attests that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized this filing.